1784 PROSPECT AVE. Co., INC., Landlord, Appellant, *v.* DAVID SCHWENDINGER, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, June 26, 1944.

*Abraham J. Yasgour* for appellant.

*Bartholomew F. Murphy* and *Louis Fabricant* for respondent.

MEMORANDUM *Per Curiam.* The order is not appealable as of course, and it does not appear that permission to appeal was granted.

The appeal should be dismissed.

HAMMER, SHIENTAG and EDER, JJ., concur.

Appeal dismissed.